UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KATHERINE KILVINGTON                       JURY TRIAL DEMANDED

v.                                          CASE NO.  3:10CV

SOLOMON AND SOLOMON, P.C.
JULIE SOLOMON
DISCOVER FINANCIAL SERVICES, INC.

## COMPLAINT

1. This is an action for damages, costs and attorney's fees seeking relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 and the Connecticut Creditor's Collection Practices Act, Conn. Gen. Stat. § 36a-645

2. This Court has jurisdiction.  15 U.S.C.  §1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is an individual who resides in Connecticut.

4. Plaintiff is an unemployed disabled military veteran.

5. Plaintiff used a Discover Card serviced, owned or operated by Discover Financial Services, Inc, for personal and household use.

6. Defendant is a law firm which regularly engages in the practice of consumer debt collection.

7. The individual defendant is admitted to practice in Connecticut and signs all summons and complaints filed in Connecticut against the corporate defendant's debtors.

8. Defendants engaged in efforts to collect from plaintiff a personal credit card account.

9. In July 2010, Defendants received notice that plaintiff was represented by counsel.

10. On July 13, 2010, plaintiff's counsel entered her appearance in a state court

case against plaintiff captioned Discover Bank v. Kilvington, NNH-CV10-6012791, Superior Court, Judicial District of New Haven Connecticut ("the State Court Action").

11. Defendants filed a motion for summary judgment in the State Court Action on August 12, 2010.

12. Defendants mailed said summary judgment motion directly and only to plaintiff despite knowing she was represented by attorney.

### FIRST COUNT

13. The Solomon defendants violated 15 U.S.C. § 1692c(a)(2) by communicating with plaintiff knowing she was represented by counsel.

### SECOND COUNT

14. Discover violated Reg. Conn. State Agencies §36a-647-3(b)(5) by communicating with plaintiff knowing she was represented by counsel.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a) That judgment be entered against the Solomon Defendants for $1,000 statutory damages, pursuant to 15 U.S.C. § 1692k; and against Discover for $1,000 statutory damages, pursuant to Conn. Gen. Stat. § 36a-648.

(b) That the Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3); and,

(f) That the Court grant such other and further relief as may be just and proper.

PLAINTIFF,

BY      **/s/ Joanne S. Faulkner**
        Joanne S. Faulkner ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395
        faulknerlawoffice@snet.net